injunction-type hearing.'"); <u>Shoemaker v. City of Los Angeles</u>, 43 Cal. Rptr. 2d 774, 779 (Cal. Ct. App. 1995)(where a preliminary injunction mandates an affirmative act that changes the status quo, it is scrutinized even more closely for an abuse of discretion). Because the decision whether to issue any injunction, especially a mandatory form of injunction, is a weighty matter requiring great caution, deliberation, and sound discretion, the Court will hold a hearing on the matter.

Accordingly, it is hereby

ORDERED, ADJUDGED, and DECREED THAT:

To the extent that the motion was styled as a Motion for Temporary Restraining Order, it is denied. To the extent that it was styled as a Motion for Preliminary Injunction, the Court hereby schedules a hearing on this matter on January 4, 2006 at 1:00 p.m. Defendant has until 5:00 p.m. on December 26, 2005, to file additional memoranda or documents in support of his motion for preliminary injunction. Plaintiff has until 5:00 p.m. on December 29, 2005, to file any responsive pleadings. Defendant is directed to serve notice upon Plaintiff to the extent required by Rule 56 of the Federal Rules of Civil Procedure.

**DONE AND ORDERED** at Fort Myers, Florida, this <u>21st</u> day of December, 2005.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

5